SYENITE GRANITE COMPANY, Respondent, v. CHARLES
H. BOBB ET AL., Appellants.

**St. Louis Court of Appeals, March 22, 1887.**

APPELLATE PRACTICE—AFFIRMANCE.—A judgment appealed from by a
part of the defendants will be affirmed, and a judgment rendered
against the appellants for the costs of the appeal, where they have
failed to file, in the appellate court, a transcript of the record.

APPEAL from the St. Louis Circuit Court, GEORGE
W. LUBKE, Judge.

*Affirmed.*

PER CURIAM.—Judgment was rendered herein by
the circuit court, against all the defendants. An appeal
was taken from such judgment by Charles H. Bobb,
Abraham Siegel, William H. Swift, and Cora Bobb Tay-
lor, December, 4, 1886, returnable at the present term of
this court. The appellants failing to cause a transcript
to be filed in this court, as required by law, the respond-
ent produces a transcript, and moves that the judgment
of the lower court be affirmed, and that a personal judg-
ment be rendered for the costs of this appeal against the
parties appealing. No cause being shown against the
motion, it is sustained.

Ordered, that the judgment rendered herein, by
the circuit court of the city of St. Louis, be affirmed,
and that the respondent recover of the four defendants,
appealing, the costs of this appeal. All the judges
concur.